# EXHIBIT 2



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

**IN THE DISTRICT COURT IN AND FOR <u>CLEVELAND COUNTY</u>, OKLAHOMA**

| | |
|---|---|
| Virgil Betterton,<br>    Plaintiff,<br>v.<br>World Acceptance Corporation,<br>World Acceptance Corporation Of Oklahoma Inc, D/B/A World Finance Corporation,<br>    Defendant. | No. CJ-2021-417<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 04/29/2021<br><br>Judge: Tupper, Michael D |

## PARTIES

Betterton,  Virgil, Plaintiff
World Acceptance Corporation, Defendant
World Acceptance Corporation Of Oklahoma Inc, Defendant
World Finance Corporation, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Albert,  Victor  F (Bar #12069)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>THE HERITAGE BUILDING<br>621 N ROBINSON AVE SUITE 400<br>OKC, OK 73102 | World Acceptance Corporation Of Oklahoma Inc,<br>World Finance Corporation,<br>World Acceptance Corporation, |
| KEMP,  BRANDON  D (Bar #31611)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>THE HERITAGE BUILDING<br>621 N ROBINSON AVENUE SUITE 400<br>OKC, OK 73102 | World Acceptance Corporation,<br>World Acceptance Corporation Of Oklahoma Inc,<br>World Finance Corporation, |
| Thurman,  Jeremy (Bar #19586)<br>8601 S WESTERN AVE<br>OKLAHOMA CITY, OK 73139 | Betterton,   Virgil |

| Attorney | Represented Parties |
|---|---|
| Whitten, Reggie (Bar #9576)<br>512 N BROADWAY AVE STE 300<br>OKLAHOMA CITY, OK 73102 | Betterton, Virgil |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, July 20, 2021 at 2:00 PM<br>    HEARING | | Michael D Tupper | |
| Monday, October 4, 2021 at 2:30 PM<br>    HEARING DEFENDANTS' MOTIONS TO DISMISS | | Lori Walkley | |
| Tuesday, October 5, 2021 at 2:00 PM<br>    HEARING ON MOTION TO ENTER | | Michael D Tupper | |
| Tuesday, March 1, 2022 at 9:30 AM<br>    STATUS CONFERENCE | | Michael D Tupper | |
| Tuesday, March 15, 2022 at 2:00 PM<br>    DEFENDANTS MOTION | | Michael D Tupper | |
| Tuesday, March 15, 2022 at 2:00 PM<br>    MOTION HEARING | | Michael D Tupper | |
| Tuesday, April 12, 2022 at 10:30 AM<br>    STATUS CONFERENCE | | Michael D Tupper | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**       Issue: WRONGFUL TERMINATION (TERMINATE)
            Filed By:
            Filed Date: 04/29/2021

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 04-29-2021 | [ TEXT ] | | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 04-29-2021 | [ TERMINATE ] | | | | |
| | | WRONGFUL TERMINATION | | | |
| 04-29-2021 | [ DMFE ] | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04-29-2021 | [ PFE1 ] | PETITION<br>Document Available (#1049281955) 🗎TIFF 📄PDF | $ 163.00 |
| 04-29-2021 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 04-29-2021 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 04-29-2021 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 04-29-2021 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 04-29-2021 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 04-29-2021 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 04-29-2021 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 04-29-2021 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 04-29-2021 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 04-29-2021 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 04-29-2021 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 04-29-2021 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 04-29-2021 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 04-29-2021 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 04-29-2021 | [ SMF ] | SUMMONS FEE (CLERKS FEE) 2X2 DEFS | $ 20.00 |
| 04-29-2021 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TUPPER, MICHAEL D TO THIS CASE. | |

**04-29-2021  [ ACCOUNT ]**

RECEIPT # 2021-1175900 ON 04/29/2021.
PAYOR: MCINTYRE LAW PC TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2021-417: $183.00 ON AC01 CLERK FEES.
CJ-2021-417: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2021-417: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2021-417: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2021-417: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2021-417: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2021-417: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2021-417: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2021-417: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2021-417: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2021-417: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2021-417: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**05-06-2021  [ SMS ]**                          World Acceptance Corporation Of Oklahoma Inc

SUMMONS RETURNED, SERVED: / CM / WORLD ACCEPTANCE CORP OF OK, INC / GC RET SB ADELIA UHACK 5/3/21
Document Available at Court Clerk's Office

**05-20-2021  [ EAA ]**

ENTRY OF APPEARANCE / VICTOR F ALBERT
Document Available (#1049286812)  TIFF    PDF

**05-20-2021  [ EAA ]**

ENTRY OF APPEARANCE / BRANDON D. KEMP
Document Available (#1049286816)  TIFF    PDF

**05-20-2021  [ MOD ]**

DEFENDANTS' MOTION TO DISMISS
Document Available (#1049286875)  TIFF    PDF

**05-20-2021  [ NOH ]**

NOTICE OF HEARING / SET FOR 7/20/2021 2:00PM BEFORE JUDGE TUPPER
Document Available (#1049286820)  TIFF    PDF

**05-25-2021  [ SMS ]**                                   World Acceptance Corporation

SUMMONS RETURNED, SERVED/PPS/WORLD ACCEPTANCE CORPORATION C/O RA CT CORPORATION SYSTEM WAS SERVED BY SERVING LISA CULLER -ASSISTANT SECRETARY ON 5-5-2021
Document Available at Court Clerk's Office

**06-03-2021  [ RESP ]**

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS
Document Available (#1049548019)  TIFF    PDF

**06-17-2021  [ EAA ]**

ENTRY OF APPEARANCE BY WOODROW GLASS ON BEHALF OF THE PLAINTIFF
Document Available (#1049540055)  TIFF    PDF

| Date | Code | Description |
|---|---|---|
| 07-12-2021 | [ R ] | DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS<br>Document Available (#1049630389) 🗎TIFF 📕PDF |
| 07-23-2021 | [ CTFREE ] | SO: MATTER CAME ON FOR HEARING ON DEFENDANT'S MOTION TO DISMISS. COURT HAS READ AND REVIEWED BRIEFINGS OF PARTIES, PLAINTIFF'S PETITION, CASE LAW, AND CONSIDERED ORAL ARGUMENT. UPON CONSIDERATION OF SAME, COURT FINDS AS FOLLOWS: THE FACTS AS PLED BY PLAINTIFF ARE SUFFICIENT TO SUPPORT A CLAIM FOR IIED AND THE COURT FINDS THAT OKLAHMOA LAW RECOGNIZES IIED IS A VIABLE CLAIM IN AN EMPLOYMENT SETTING. FURTHERMORE THE COURT FINDS THAT PLAINTIFF'S IIED CLAIM IS NOT PREEMPTED BY EITHER OADA OR ERISA. THUS DEFENDANTS' MOTION TO DISMISS IS DENIED. (MT)<br>Document Available (#1050003463) 🗎TIFF 📕PDF |
| 07-30-2021 | [ A ] | ANSWER<br>Document Available (#1049542953) 🗎TIFF 📕PDF |
| 08-13-2021 | [ CNOTE ] | ***ERROR***ENTERED INTO WRONG CASE****<br>NOTICE OF HEARING ON DEFENANTS' MOTIONS TO DISMISS/SET FOR 10/4/2021 AT 2:30 PM BEFORE JUDGE WALKLEY |
| 08-20-2021 | [ JE ] | JOURNAL ENTRY REGARDING DEFENDANTS' MOTION TO DISMISS/DEFENDANTS' MOTION TO DISMISS IS DENIED (MT)<br>Document Available (#1050012145) 🗎TIFF 📕PDF |
| 08-31-2021 | [ MO ] | PLAINTIFF'S MOTION TO ENTER CAUSE ON JURY DOCKET<br>Document Available (#1050007090) 🗎TIFF 📕PDF |
| 08-31-2021 | [ NOH ] | NOTICE OF HEARING / HEARING SET 10-5-21 @ 2:00 PM BEFORE THE HONORABLE MICHAEL D. TUPPER<br>Document Available (#1050007094) 🗎TIFF 📕PDF |
| 10-05-2021 | [ SCHO ] | SCHEDULING ORDER/ORDER FOR STATUS CONFERENCE**STC SET FOR**3-1-2022 AT 9:30AM B/F JUDGE TUPPER<br>Document Available (#1050703236) 🗎TIFF 📕PDF |
| 11-19-2021 | [ MO ] | PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS<br>Document Available (#1050661258) 🗎TIFF 📕PDF |
| 12-07-2021 | [ OBJ ] | DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL<br>Document Available (#1051207157) 🗎TIFF 📕PDF |
| 12-15-2021 | [ R ] | PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL<br>Document Available (#1051208053) 🗎TIFF 📕PDF |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12-21-2021 | [ CRF ] | COURT REPORTER FEE-TRIAL ON MERITS | $ 20.00 |

12-21-2021   [ CTFREE ]

SO: PARTIES APPEAR BY COUNSEL FOR HEARING ON MOTION TO COMPEL. COURT HAS READ AND REVIEWED BRIEFINGS. ORAL ARGUMENT HEARD THIS DATE. COURT FINDS AS FOLLOWS: MOTION TO COMPEL ROG NO. 5 IS GRANTED AS MODIFIED AND NARROWED IN SCOPE, TO WIT; IDENTIFICATION OF EMPLOYEES SIMILARLY SITUATED (DIRECTLY OR INDIRECTLY SUPERVISED BY PLAINTIFF'S SUPERVISOR) AS PLAINTIFF WHO HAVE COMPLAINED ABOUT DISABILITY DISCRIMINATION FOR A PERIOD OF 4 YEARS. MOTION TO COMPEL INTERROGATORY 9 IS DENIED. MOTION TO COMPEL RFP NO.3 IS GRANTED AS MODIFIED AND NARROWED IN SCOPE, TO WIT; DEFENDANTS SHALL PRODUCE PERFORMANCE REVIEWS, DISCIPLINARY ACTIONS, REPRIMANDS, TRAINING MATERIALS ON POLICIES FOR 4 NAMED EMPLOYEES. RFP NO.6 IS GRANTED CONSISTENT WITH THE SCOPE OF MODIFIED ROG 5 ABOVE, & LIMITED TO COMPLAINTS, REPORTS, & INVESTIGATIONS. DISCOVERY SHALL BE PRODUCED W/IN 45 DAYS. (MT)
Document Available (#1051206400)  TIFF   PDF

12-21-2021   [ O ]

AGREED PROTECTIVE ORDER (MT)
Document Available (#1051206404)  TIFF   PDF

12-21-2021   [ ADJUST ]                                                                                                         $ 0.50

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

12-21-2021   [ ACCOUNT ]

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2021-417: AC01 CLERK FEES -$0.50

12-21-2021   [ ACCOUNT ]

RECEIPT # 2021-1206508 ON 12/21/2021.
PAYOR: KEMP/BRANDON TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2021-417: $19.50 ON AC01 CLERK FEES.
CJ-2021-417: $0.50 ON AC09 CARD ALLOCATIONS.

01-25-2022   [ SCHO ]

AMENDED SCHEDULING ORDER AND ORDER FOR STATUS CONFERENCE**STC SET FOR**4-12-2022 AT 10:30AM B/F JUDGE TUPPER (MT)
Document Available (#1051462510)  TIFF   PDF

02-10-2022   [ MO ]

PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEADLINES
Document Available (#1051455605)  TIFF   PDF

02-11-2022   [ MO ]

DEFENDANTS' MOTION FOR MORE DEFINITIVE RULING CONCERNING AUGUST JOURNAL ENTRY REGARDING DEFENDANTS' MOTION TO DISMISS**SET FOR**3-15-2022 AT 2:00PM B/F JUDGE TUPPER
Document Available (#1051458178)  TIFF   PDF

| Date | Type | Description | Amount |
|---|---|---|---|
| 02-18-2022 | [ NO ] | NOTICE OF CORRECTION TO EXHIBITS 1 AND 2 TO DEFENDANTS' MOTION FOR MORE DEFINITIVE RULING CONCERNING AUGUST JOURNAL ENTRY REGARDING DEFENDANTS' MOTION TO DISMISS<br>Document Available (#1051193999) TIFF PDF | |
| 02-22-2022 | [ RESP ] | PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR MORE DEFINITIVE RULING CONCERNING AUGUST JOURNAL ENTRY REGARDING DEFENDANTS' MOTION TO DISMISS<br>Document Available (#1051461770) TIFF PDF | |
| 02-28-2022 | [ OBJ ] | DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS<br>Document Available (#1051461927) TIFF PDF | |
| 03-08-2022 | [ R ] | DEFENDANT'S REPLY IN SUPPORT OF THEIR MOTION FOR MORE DEFINITIVE RULING CONCERNING AUGUST JOURNAL ENTRY REGARDING DEFENDANTS' MOTION TO DISMISS**SET FOR**3-15-2022 AT 2:00PM B/F JUDGE TUPPER<br>Document Available (#1051851785) TIFF PDF | |
| 03-08-2022 | [ R ] | PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS<br>Document Unavailable (#1051460206) | |
| 03-15-2022 | [ CRF ] | COURT REPORTER FEE-TRIAL ON MERITS | $ 20.00 |
| 03-15-2022 | [ ADJUST ] | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | $ 0.50 |
| 03-15-2022 | [ ACCOUNT ] | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2021-417: AC01 CLERK FEES -$0.50 | |
| 03-15-2022 | [ ACCOUNT ] | RECEIPT # 2022-1217335 ON 03/15/2022.<br>PAYOR: KEMP/BRANDON TOTAL AMOUNT PAID: $ 20.00.<br>LINE ITEMS:<br>CJ-2021-417: $19.50 ON AC01 CLERK FEES.<br>CJ-2021-417: $0.50 ON AC09 CARD ALLOCATIONS. | |